■ In the Matter of VERELY PATRICK, Respondent, v REGINA SHEPARD, Appellant. [680 NYS2d 160] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Queens County (Berman, J.), dated June 10, 1996, which granted custody of the child to the father.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Joy, Friedmann and Goldstein, JJ., concur.

■ In the Matter of FRANCIS RIVERA, Petitioner, v ELADIO RIVERA, Appellant, and NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [680 NYS2d 161] —In a child support proceeding pursuant to Family Court Act article 4, Eladio Rivera appeals from an order of the Family Court, Nassau County, entered November 6, 1997, which denied his objections to an order of the same court (Watson, H.E.), entered June 23, 1997, which directed him to pay child support arrears in the principal sum of $15,660.

Ordered that the order entered November 6, 1997, is reversed, on the law, with costs, the objections are sustained, the order entered June 23, 1997, is vacated, and the petition is dismissed.

A review of the record demonstrates that the presently-asserted claim for child support arrears is time-barred (*see,* CPLR 213 [1]; *Tauber v Lebow,* 65 NY2d 596, 598; *Zaid v Zaid,* 238 AD2d 581; *Miller v Miller,* 156 AD2d 164; *cf., Dox v Tynon,* 90 NY2d 166). Bracken, J. P., Miller, Ritter and Thompson, JJ., concur.